THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO JAVIER CARRILLO,<br><br>　　　　　　Defendant. | CASE NO. CR20-0137-JCC-9<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Carrillo's unopposed motion to extend the deadline for Mr. Carrillo to respond to the Government's motion to restrain forfeitable property (Dkt. No. 180). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and EXTENDS Mr. Carrillo's deadline to respond until April 30, 2021. The Court DIRECTS the Clerk to RENOTE the Government's motion and amended motion for a protective order to restrain forfeitable property (Dkt. Nos. 152, 154) for consideration on May 7, 2021.

//

//

//

MINUTE ORDER
CR20-0137-JCC-9
PAGE - 1

DATED this 20th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk