UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>FRANCISCO JAVIER CARRILLO,<br><br>                Defendant. | CASE NO. CR20-137(9)- JCC<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |

       Appointed defense counsel Gilbert Levy moves for permission to withdraw and substitute retained counsel, Jonathan J. Lewis to represent defendant in this matter. Dkt. 227.  The Court GRANTS the motion and ORDERS:

       1)      Jonathan J. Lewis, attorney at law, is substituted to represent defendant.  Mr. Lewis is retained counsel and the Court accordingly cancels defendant's status as being represented or eligible to be represented at public expense.

       2)      Retained counsel shall immediately file a notice of appearance in this case and must comply with the Courts rules regarding eligibility to appear in the Western District of Washington.

       3)      Current counsel Gilbert Levy is granted leave to withdraw, effective upon the filing of a notice of appearance by retained counsel.

ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL - 1

4) The clerk shall provide a copy of this order to the parties and to the assigned Untied States District Judge.

DATED this 17th day of June 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL - 2